UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOGINDER YASHPAL SHARMA,

                       Plaintiff,

     v.

MERRICK GARLAND, Attorney General of the United
States, ALEJANDRO MAYORKAS, Secretary,
Department of Homeland Security, UR MENDOZA
JADDOU, Director, U.S. Citizenship and Immigration
Services, TRACY RENAUD, District Director, Northeast
Region, U.S. Citizenship and Immigration Services,
MICHAEL BORGEN, U.S. Citizenship and Immigration
Services,

                       Defendants.
-------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

Civil Action No.
22-cv-717 (NGG)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that

1. Plaintiff's Complaint and all claims therein are hereby dismissed pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party, subject to the provisions of paragraph 2 herein.

2. This dismissal is without prejudice to Plaintiff's right to reinstate this action if United States Citizenship and Immigration Services does not render a decision on Plaintiff's application for naturalization (Form N-400) within thirty (30) days of entry of judgment.

3. The Clerk of the Court shall enter a judgment in accordance with this Stipulation and Order of Dismissal.

Dated: Herkimer, New York
March 29, 2022

                         AVISH DHANIRAM & ASSOCIATES, P.C.
                         *Attorney for Plaintiff*
                         120 W. Albany Street
                         Herkimer, New York 13350

By:  /s/ Avish Dhaniram
        Avish Dhaniram, Esq.
        (315) 717-4260
        avish.dhaniram@gmail.com

Dated: Brooklyn, New York
March 29, 2022

                         BREON PEACE
                         United States Attorney
                         *Attorney for Defendants*
                         Eastern District of New York
                         271-A Cadman Plaza East
                         Brooklyn, New York 11201

By:  /s/ Amanda M. Civic
        Amanda M. Civic
        Special Assistant U.S. Attorney
        (718) 413-6440
        amanda.civic@usdoj.gov

SO ORDERED this

30th day of March, 2022

s/Nicholas G. Garaufis

HONORABLE NICHOLAS G. GARAUFIS
United States District Judge

2